EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2024 TSPR 89 |
| Extensión de Términos ante el paso de la Tormenta Tropical Ernesto | 214 DPR ___ |

Número del Caso:  EM-2024-0012

Fecha:  14 de agosto de 2024

Materia: Extensión de Términos ante el paso de la Tormenta Tropical Ernesto.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Extensión de Términos ante el paso de la Tormenta Tropical Ernesto | EM-2024-0012 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de agosto de 2024.

Hoy, 14 de agosto de 2024 Puerto Rico sintió los efectos del ahora huracán Ernesto. Se estima que el fenómeno natural produjo de cuatro a seis pulgadas de acumulación de lluvias en la mayoría del archipiélago y hasta diez pulgadas en zonas del sureste de la isla.

Tras evaluar el estado de sus estructuras, el Poder Judicial anunció que mañana jueves, 15 de agosto de 2024 reanudará parcialmente la operación en sus dependencias judiciales. El Tribunal de Apelaciones y el Tribunal Supremo operarán en horario regular.

Debido a que la operación regular en todas las dependencias no es posible en este momento y que aún hay un número considerable de ciudadanos y ciudadanas que no cuentan con energía eléctrica, decretamos la extensión de los términos judiciales hasta el viernes, 16 de agosto de 2024. Conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a esos procedimientos, se decreta que aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, y se considerarán los días 13, 14 y 15 de agosto de 2024 como si fueran días feriados. Cualquier término que venza en estas fechas se extenderá hasta el viernes, 16 de agosto de 2024.

Se decreta además que todo término que dispone el Reglamento del Programa de Educación Jurídica Continua, 4 LPRA Ap. XVII-F, se extenderá por igual periodo.

Se ordena la difusión pública inmediata de esta Resolución.

Notifíquese al Director Administrativo de los Tribunales, al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales y a la Directora del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo